IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-148-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | )<br>) **ORDER** |
| CAMILLA ANN LITTLEFIELD, | )<br>) |
| Defendant. | ) |

The United States SHALL respond to defendant's motion for compassionate release [D.E. 132] not later than December 19, 2025.

SO ORDERED. This 19 day of November, 2025.

JAMES C. DEVER III
United States District Judge