IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-148-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CAMILLA ANN LITTLEFIELD, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the United States' response in opposition [D.E. 164], the court DENIES defendant's pro se motion for compassionate release [D.E. 132].

SO ORDERED. This 23 day of December, 2025.

JAMES C. DEVER III
United States District Judge