IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-148

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAMILLA ANN LITTLEFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 178], the court DENIES as meritless defendant's motion to correct judgment [D.E. 176].

SO ORDERED. This 5 day of November, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge